**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MELISSA GARDNER**

    Plaintiff,

                                 Case Number 8:14-cv-1677

**v.**

**CREDIT MANAGEMENT, L.P.,**

    Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    The parties all stipulate and agree through their undersigned counsel, that this said cause shall be dismissed with prejudice.  It is further agreed that each party shall bear its own attorney's fees and costs.

**Dated this 27th day of March, 2015.**

| | |
|---|---|
| **/s/ Sangeeta Spengler**<br>**SANGEETA SPENGLER, ESQUIRE**<br>spspengler@gsgfirm.com<br>201 North Armenia Ave<br>Tampa, FL 33609<br>Telephone No.: (813) 251-5500<br>Facsimile No.: (813) 251-3675<br>Attorney for Defendant | **/s/ W. John Gadd**<br>**W. JOHN GADD. ESQUIRE**<br>Florida Bar No.: 463031<br>wjg@mazgadd.com<br>2727 Ulmerton Road<br>Suite 250<br>Clearwater, FL 33762<br>Telephone No.: (727) 524-6300<br>Facsimile No.: (727) 498-2160<br>**/s/ Lisa R. Wilcox**<br>**LISA R WILCOX, ESQUIRE**<br>721 First Ave N<br>Suite 100<br>St. Petersburg, FL 33701<br>Attorneys for Plaintiff, Melissa Gardner |